

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Emmanuel Diaz,

     * From the 104th District Court
        of Taylor County
        Trial Court No. 20388B.

Vs. No. 11-16-00320-CR

     * October 25, 2018

The State of Texas,

     * Memorandum Opinion by Bailey, C.J.
        (Panel consists of: Bailey, C.J.;
        Gray, C.J., sitting by assignment; and
        Wright, S.C.J., sitting by assignment)
        (Willson, J., not participating)

     This court has inspected the record in this cause and concludes that there is no error in the judgments below.  Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.